UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY FLETCHER,

    Plaintiff,

    v.

Case No. 13-15107
HON. TERRENCE G. BERG

CROSSCHECK, INC., et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

On January 17, 2014, the Court was notified by the plaintiff that a settlement had been reached in this matter.  Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the complaint is **DISMISSED WITH PREJUDICE** and without costs.  Either party may move to reopen this matter on or before March 18, 2014, to enforce the terms of the settlement.

                                              s/Terrence G. Berg
                                              TERRENCE G. BERG
                                              UNITED STATES DISTRICT JUDGE

Dated:  February 6, 2014

## Certificate of Service

I hereby certify that this Order was electronically submitted on February 6, 2014, using the CM/ECF system, which will send notification to all parties.

                                              s/A. Chubb
                                              Case Manager